LAW OFFICE OF

## LAURIANO GUZMAN, JR., P.C.
ABOGADO

2565 Frisby Avenue
Bronx, New York 10461

(718) 892-8200
Fax: (718) 892-8203
Email: guzmanesq@aol.com

March 25, 2009

Honorable Dennis M. Cavanaugh
United States District Court Judge
United States Post Office and Courthouse
Federal Square – 50 Walnut Street
Newark, New Jersey 07102

Re: <u>USA v. Roberto Antonio Galan</u>
Federal Register No.: 27217-050
Docket Number: 07 cr 00433

Dear Honorable Sir:

I represent Roberto Antonio Galan in the above captioned case. Mr. Galan is currently incarcerated at the Metropolitan Detention Center.

I am respectfully requesting that the Court issue an order for Mr. Galan to be interviewed and receive visits from representatives of the Consulting Project, 118-21 Queens Boulevard, Suite 606, Forest Hills, New York, 11375 in order to conduct a psychosocial assessment and mitigation evaluation of Mr. Galan in preparation for sentencing (or plea negotiation).

It is the policy of the Metropolitan Detention Center that an order from the Court must be issued and served upon the facility before the representatives from the Consulting Project will be permitted to conduct the evaluation.

Respectfully,

LAURIANO GUZMAN, JR.

SO ORDERED:  3/30/09

Hon. Dennis M. Cavanaugh
U.S. District Judge